UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of The Complaint and Petition by RYAN DENVER as owner of the M/V MAKE IT GO AWAY,<br><br>for Exoneration from or Limitation of Liability | Civil Action No.:<br>In Admiralty |

## DECLARATION OF JONATHAN K. KLOPMAN

I, Jonathan K. Klopman, declare as per 28 U.S.C. § 1746 under the pains and penalties of perjury as follows:

1. I am over the age of 18 and competent to testify.

2. I have been a professional marine surveyor for thirty years. I conduct business from my firm in Marblehead, Massachusetts.

3. I am a Certified Marine Surveyor with the National Association of Marine Surveyors and a member of the International Association of Marine Investigators.

4. I have been retained on behalf of the Plaintiff, Ryan Denver, as owner of the M/V MAKE IT GO AWAY, USCG No. 1308302, to provide a valuation of the vessel. The M/V MAKE IT GO AWAY is a recreational 37.9 foot Pursuit vessel, model DC 365, built in 2021, with three Yamaha 300 HP engines.

5. I understand this is the vessel that was involved in an allision on July 17, 2021 in Boston Harbor.

6. Following the incident, I examined multiple photographs of the M/V MAKE IT GO AWAY obtained post-voyage and allision that clearly show considerable damage to the interior and exterior of the vessel.

7. My best estimate of the M/V MAKE IT GO AWAY for its fair market value following the July 17, 2021 voyage is $ 50,000.

DATED this _29th__ day of October __, 2021.

*Jonathan K. Klopman* (signature)

Jonathan K. Klopman