UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

| | |
|---|---|
| IN THE MATTER OF<br>RYAN DENVER AS OWNER OF<br>M/V MAKE IT GO AWAY,<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | IN ADMIRALTY |

NOTICE OF COMPLAINT FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

NOTICE is hereby given that Limitation Plaintiff Ryan Denver, as owner of the M/V MAKE IT GO AWAY, USCG No. 1308302, has filed his Complaint for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. §§ 30501-12 and Supplemental Rule F of the Federal Rules of Civil Procedure for any injuries, damages, or losses arising out of or resulting from an incident on July 17, 2021 on navigable waters of the United States in Boston Harbor, MA as more fully described in the Limitation Complaint.

All persons having such Claims must file them, under oath, as provided by Supplemental Rules for Certain Admiralty and Maritime Claims Rule F(4), with the Clerk of this Honorable Court at the United States District Court, 1 Courthouse Way Boston, Massachusetts 02210, and serve on or mail to the Limitation Plaintiff's attorneys, Farrell Smith O'Connell, 27 Congress Street, Suite 109, Salem, MA 01970, a copy thereof, at or before 5:00 P.M. on or before **December 31, 2021**, or be defaulted.  Personal attendance is not required.

If any Claimant desires to contest either the right to Exoneration from or the right to Limitation of Liability, he/she shall file and serve on the attorneys for the Limitation Plaintiff an Answer to the Complaint on or before the aforesaid date unless his/her Claim has included an answer, so designated, or be defaulted.

2

Dated:_____

_____
Deputy Clerk

Liam O'Connell
BBO NO. 694477
FARRELL SMITH O'CONNELL
27 Congress Street, Suite 109
Salem, MA 01970
Tel: (978) 744-8918 x. 18
Fax: (978) 666-0383
Email: loconnell@fsofirm.com

## **CERTIFICATE OF SERVICE**

     Pursuant to Local Rule 5.2, I hereby certify as of November 12, 2021, there have been no appearances by claimants in this action and there is no one to serve.

*/s/ Liam T. O'Connell*
Liam T. O'Connell