

| | | |
|---|---|---|
| U.S. Department of Homeland Security<br><br>United States Coast Guard | Commander<br>First Coast Guard District | 408 Atlantic Avenue<br>Boston, MA 02110<br>Staff Symbol: (dpw) |

5890
November 8, 2021

Mr. Ryan Denver



Dear Sir,

On July 17, 2021 your vessel MAKE IT GO AWAY (Official Number 1308302) damaged Aid to Navigation, Boston Main Channel Light 5 (LLNR 10890).

As provided by Title 14 United States Code Sections 546 and Title 33 Code of Federal Regulations Subparts 74.01 and 74.20, whenever an aid to navigation is damaged, destroyed or displaced from its station, a claim on behalf of the United States will be made to the responsible party for the costs of repair, replacement, or reestablishment.

When the total cost to repair Boston Main Channel Light 5 (LLNR 10890) has been determined, you will receive a detailed bill from the U.S. Coast Guard Finance Center.

If you have any questions concerning this matter, please contact LT Jamie Thomson, District One Billing Officer, at

Sincerely,

*[signature]*

LT Jamie P. Thomson
District One, Waterways Management
U.S. Coast Guard

RD050