

| | | |
|---|---|---|
| U.S. Department of Homeland Security | Director<br>National Vessel Documentation Center | 792 T. J. Jackson Drive<br>Falling Waters, WV 25419 |
| United States Coast Guard | | December 30, 2021 |

### Regarding your recent submission to the National Vessel Documentation Center

This cover letter with enclosure(s) is sent in response to a submission made to this office. If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

(1) Deficiency Letter        O/N: 1318281        1 PAGE(S)

**TOTAL:**                              2 PAGE(S) (including cover page)

 

| | | |
|---|---|---|
| U.S. Department of Homeland Security<br>United States Coast Guard | Director<br>National Vessel Documentation Center | 792 T. J. Jackson Drive<br>Falling Waters, WV 25419<br>Staff Symbol: NVDC1 |

December 30, 2021

DAVID FARRELL
DFARRELL@FSOFIRM.COM

MAKE IT GO AWAY            OFFICIAL NUMBER: 1318281

The Abstract of Title request and the Certified Copy of the Certificate request cannot be fulfilled because the initial application packet that was received by our office on 7/23/21 has been canceled due to the fact the vessel was destroyed. A refund for the amount of $29.00 has been submitted.

Sincerely,

U.S. Coast Guard
National Vessel Documentation Center

**Returning a copy of this letter with any additional submissions will facilitate in processing.**

**1 of 1**