# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF<br>RYAN DENVER AS OWNER OF<br>M/V MAKE IT GO AWAY,<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION NO. 21-11841-ADB<br>IN ADMIRALTY |

## NOTICE OF APPEARANCE ON BEHALF OF RYAN DENVER

PLEASE ENTER MY APPEARANCE for Ryan Denver in his various party capacities in the above captioned matter, without waiver of jurisdictional, procedural, or substantive defenses.

January 10, 2022

Respectfully submitted,

*/s/ David J. Farrell, Jr.*
David J. Farrell, Jr. (BBO #559847)
**FARRELL SMITH O'CONNELL**
**AARSHEIM APRANS**
2355 Main Street, P.O. Box 186
S. Chatham, MA  02659
(508) 432-2121 x 15
dfarrell@fsofirm.com

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 10, 2022.

*/s/ David J. Farrell, Jr.*
David J. Farrell, Jr.