# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**RYAN DENVER, ET AL.**

*Plaintiff*

v.

**RYAN DENVER**

*Defendant, Third–party plaintiff*

v.

**LEE ROSENTHAL**

*Third–party defendant*

Civil Action No.:
**1:21–CV–11841–ADB**

## SUMMONS ON A THIRD–PARTY COMPLAINT

To: *(Third–party defendant's name and address)*

**Lee Rosenthal
37 Paine Avenue
Beverly, MA 01915**

A lawsuit has been filed against defendant __**Ryan Denver**__, who as third – party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff /**Claimants Lex, Julce, Govan, Onifade, Kassa, and USCG.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:  **Farrell Smith O'Connell
Att: Liam O'Connell, Esq.
46 Middle Street, Gloucester, MA 01930
Tel: 978-744-8918 x. 18 Email: loconnell@fsofirm.com**

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William B. O'Leary<br>The O'Leary Law Firm<br>63 Shore Road Suite #25<br>Winchester, MA 01890 | Carolyn M. Latti<br>Latti & Anderson, LLP<br>30 - 31 Union Wharf<br>Boston, MA 02109 | Stesha A. Emmanuel<br>McCarter & English, LLP<br>City Place I<br>185 Asylum Street, 36th Fl.<br>Hartford, CT 06103 | Dennis P. Phillips<br>63 Shore Road, Ste. 23<br>Winchester, MA 01890 | Robert W. Norton<br>Giarrusso, Norton, PC<br>308 Victory Road<br>North Quincy, MA 02171 | Jessica G. Sullivan<br>US DOJ, Torts Branch<br>Post Office Box 14271<br>Washington, D.C. 20044 | Peter R. Chandler<br>Sheff Law Offices, P.C.<br>The Daniel Webster Suite<br>10 Tremont Street<br>Boston, MA 02108 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third–party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Caetlin McManus**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022–01–05 12:05:06**, Clerk USDC DMA

Civil Action No.: **1:21-CV-11841-ADB**

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
Docket/Case No: 1;21-CV-11841-ADB

I hereby certify and return that today, January 11, 2022, at 3:27 PM, I served a true and attested copy of the within **US District Court Summons on a Third Party Complaint** together with a copy of the complaint in this action upon the within named **Lee Rosenthal**, by leaving said copies at the front door of the house, at 37 Paine Avenue, Beverly, MA 01915 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copy of the summons to the within named Lee Rosenthal, at 37 Paine Avenue, Beverly, MA 01915. **Other documents served; Limitation on Complaint And Certificate of Service, Answer And Claim of Complaint Aristide Lex Jury Trial Demand And Certificate of Service, Answer And Claim of Wilkfred Julce, As Special Personal Representative of The Estate of Jeanica Julce And Certificate of Service, Answer And Limitation Complaint And Claim of Tory Govan And Certificate of Service, Answer And Claim of Marzouk And Jury Claim And Certificate of Service, Claimant Musse Kassa's Answer And Certificate of Service, Claimant Musse Kassa's Claim And Demand For Jury Trial And Certificate of Service, The United States of America's Claim And Answer to Ryan Denver's As Owner of the M/V Make it go Away Petition For Exoneration From or Limitation of Liability And Certificate of Service.**

Summons was served pursuant to Massachusetts Rule of Civil Procedure, Rule 4 (as allowed by Federal Rule)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 11, 2022.

_____
**Christopher P. Chigas,** Constable
& Disinterested Person over Age 18.    Total Fees: $60.00

**Capitol Constable Service, LLC**
29 Lowell Street, Suite 3
Peabody, MA 01960
800-977-0427 978-977-0427 Business
978-977-0122 FAX
mailto: capitol@constableservice.com
http://constableservice.com

_____    _____
Date                         Server's Signature

                             _____
                             Printed name and title

                             _____
                             Server's Address

Additional information regarding attempted service, etc: