UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF RYAN DENVER AS OWNER OF M/V MAKE IT GO AWAY, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. 1:21-cv-11841-ADB<br><br>IN ADMIRALTY |

**(ASSENTED-TO) MOTION TO EXTEND THE TIME FOR THIRD-PARTY DEFENDANT LEE ROSENTHAL TO RESPOND TO RYAN DENVER'S THIRD-PARTY COMPLAINT**
**(Certificate of Compliance with Local Rule 7.1)**

Third-Party Defendant Lee Rosenthal hereby respectfully moves that this Court grant this motion to extend the deadline for a response to the Third-Party Complaint for 30 days, up to and including March 2, 2022. Limitation Plaintiff/Third-Party Plaintiff hereby assents to this motion. Third-Party Defendant has good cause for this assented-to motion, as the Third-Party Complaint was served at a premises under renovation on January 10, 2022. Once the papers were discovered several days later, the Third-Party Complaint and other pleadings were promptly forwarded to relevant insurance representatives. No determinations of coverage apparently have yet been made or communicated to Third-Party Defendant. In the meantime, Third-Party Defendant by his counsel is investigating the events in order to respond fully to the matters raised in the various pleadings.

**CERTIFICATE OF COMPLIANCE**

The parties have cooperatively conferred and complied with their respective obligations under L.R. 7.1.

Assented to:

| | |
|---|---|
| Ryan Denver, | Third-party Defendant |
| Limitation Plaintiff/Third-Party Plaintiff, | Lee Rosenthal |
| By his attorney, | By his attorneys, |
| | |
| */s/ Liam T. O'Connell* | */s/ Kevin G. Kenneally* |
| | */s/ Paul G. Boylan* |
| _____ | _____ |
| Liam T. O'Connell | Kevin G. Kenneally, BBO 550050 |
| BBO No. 694477 | Paul G. Boylan, BBO 052320 |
| Farrell Smith O'Connell Aarsheim Aprans LLP | Freeman Mathis & Gary, LLP |
| 46 Middle Street, Second Floor | 60 State Street, Suite 600 |
| Gloucester, MA 01930 | Boston, MA 02109 |
| 978 744-8918 x 18 | (617) 963-5972 |
| loconnell@fsofirm.com | kkenneally@fmglaw.com |
| | pboylan@fmglaw.com |
| | |
| Dated: January 31, 2022 | Dated: January 31, 2022 |

## **CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 5.2, I served the foregoing on all attorneys of record via the CM/ECF system on January 31, 2022.

      */s/ Kevin G. Kenneally*
      _____
      Kevin G. Kenneally