**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
|  | **CIVIL ACTION NO:** **21-cv-11841-ADB** |
| **IN THE MATTER OF RYAN DENVER AS OWNER OF M/V MAKE IT GO AWAY, FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **IN ADMIRALTY** |

**JOINT MOTION OF CLAIMANTS**
**ARISTIDE LEX, TORY GOVAN and WILFRED JULCE, SP. PER. REP, ESTATE OF JEANICA JULCE FOR JUDGMENT ON THE PLEADINGS**

NOW COME the claimants Aristide Lex, Tory Govan, and Wilfred Julce, Special Representative of the Estate of Jeanica Julce (collectively "Claimants") and move this Honorable Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure to enter Judgment in their favor on the pleadings. As grounds in support thereof, claimants respectfully submit that Plaintiff's Complaint does not contain "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 547 (2007). Claimants further rely upon the facts and authorities set out in their Memorandum of Law In Support of their Motion for Judgment on the Pleadings filed herewith.

WHEREFORE, Claimants move this Honorable Court to enter judgment on the pleadings in their favor pursuant to Rule 12(c).

April 13, 2023                                              ARISTIDE LEX
                                                            By His Attorneys

                                                            */s/ William B. O'Leary*
                                                            William B. O'Leary
                                                            B.B.O. No. 378575
                                                            The O'Leary Law Firm
                                                            63 Shore Road Suite #25
                                                            Winchester, MA 01890
                                                            P. (781) 729.5400
                                                            F. (781) 729-5620
                                                            E. bill@tuglaw.com

                                                            */s/Dennis Phillips*
                                                            Dennis Phillips
                                                            B.B.O. No. 398320
                                                            63 Shore Road-Suite 23
                                                            Winchester, MA 01890
                                                            P. (781) 789-3997
                                                            E. dppesq1@comcast.net

                                                            WILFRED JULCE AS SPECIAL
                                                            PERSONAL REP., ESTATE OF
                                                            JEANICA JULCE

                                                            */s /Douglas K. Sheff*
                                                            Douglas K. Sheff
                                                            B.B.O. No. 544072

                                                            */s/ Peter Chandler*
                                                            Peter Chandler
                                                            B.B.O. No. 703139
                                                            Sheff Law Offices, P.C.
                                                            The Daniel Webster Suite
                                                            10 Tremont Street
                                                            Boston, MA 02108
                                                            P. (617) 227-7000
                                                            F. (617) 227-8833
                                                            E. dsheff@shefflaw.com
                                                            E. pchandler@shefflaw.com

TORY GOVAN
By Her Attorney

/s/ *Stesha A. Emmanuel*
Stesha A. Emmanuel
B.B.O. No. 682293
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
P. (617) 449-6511
E. semmanuel@mccarter.com

/s/ *Siobhan Tolan*
Siobhan Tolan
B.B.O. No. 687101
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
P. (617) 449-6511
E. stolan@mccarter.com

Rule 7 Certification

  Counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue raised by this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I electronically filed the above filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties listed on the electronic service list within the CM/ECF system.

Dated at Winchester, Massachusetts this 12th day of April, 2023.

David J. Farrell , Jr.
Farrell Smith O'Connell LLP
2355 Main Street
PO Box 186
S. Chatham, MA 02659
508-432-2121
Email: dfarrell@fsofirm.com

Liam T. O'Connell
Farrell Smith O'Connell
46 Middle Street
Gloucester, MA 01930
978-309-9243
Email: loconnell@fsofirm.com

Kirby L. Aarsheim
Farrell Smith O'Connell LLP
27 Congress Street
Suite 109
Salem, MA 01970
978-744-8918
Email: kaarsheim@fsofirm.com

John B. DiSciullo
Mitchell & DeSimone
101 Arch Street
10th Floor
Boston, MA 02110
617-737-8300
Fax: 617-737-8390
Email: jdisciullo@mitchelldesimone.com

Robert W. Norton
Giarrusso, Norton, Cooley & McGlone, PC
308 Victory Road
Marina Bay
North Quincy, MA 02171
617-770-2900
Email: rnorton@gncm.net

Carolyn M. Latti
Latti & Anderson, LLP
30 – 31 Union Wharf
Boston, MA 02109
clatti@lattianderson.com

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
Fax: 617-523-7394
Email: danderson@lattianderson.com

Jessica G. Sullivan
Aviation, Space and Admiralty Litigation
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 14271
Washington, D.C. 20044
Jessica.Sullivan@usdoj.gov

Lia Rettammel
DOJ-Civ
Torts Branch- Aviation Space & Admiralty
Three Constitution Square
175 N ST NE
Ste 8th Floor
Washington, DC 20530
202-436-5058
Email: lia.rettammel@usdoj.gov

Kevin G. Kenneally
Freeman Mathis & Gary, LLP
60 State Street, 6th Flr.
Boston, MA 02109
617-963-9680
Email: kkenneally@fmglaw.com

Paul G. Boylan  
Freeman Mathis & Gary, LLP  
60 State Street, 6th Flr.  
Boston, MA 02109  
617-963-5972  
Email: pboylan@fmglaw.com