**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN THE MATTER OF<br>RYAN DENVER AS OWNER OF<br>M/V MAKE IT GO AWAY,<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | **CIVIL ACTION NO. 21-11841-ADB**<br>**IN ADMIRALTY** |

## JOINT STATUS REPORT

The Parties herein submit this status report on *Commonwealth v. Denver*, Suffolk County Superior Court, Docket No. 2184CR00670 (the "Criminal Case"), in accordance with the Court's Order dated May 2, 2023. Limitation Plaintiff was arraigned in the Criminal Case on November 19, 2021, and as of the filing of this report, it remains an open matter.

On February 8, 2022, the Suffolk County Superior Court scheduled the Criminal Case for a Jury Trial to commence on April 18, 2023. Limitation Plaintiff, in defending the Criminal Case, filed and argued his Motion to Dismiss the Indictment Due to the Commonwealth's Destruction of Key Exculpatory Evidence, on November 10, 2022 and December 13, 2022, respectively. Suffolk County Superior Court (J. R. Ullman) issued its decision on the aforementioned motion on February 7, 2023, where he declined to dismiss the indictments; instead, he ordered that the Commonwealth be excluded from introducing evidence that M/V MAKE IT GO AWAY was travelling at an excessive speed. The Commonwealth filed a motion for reconsideration of J. Ullman's decision on March 9, 2023, which was argued on April 18, 2023. J. Ullman denied the Commonwealth's motion to reconsider and scheduled the Criminal Case for the briefing and oral argument of Limitation Plaintiff's forthcoming motion to dismiss. The hearing is scheduled for July 11, 2023.  The Criminal Case no longer has a trial date.

**Estate of Jeanica Julce's Addendum to Joint Status Report**

In light of the above, the Estate of Jeanica Julce respectfully requests that this Honorable Court enter an Order excusing the parties from the stay and allowing them to proceed with the filing of state court actions.

**Claimant Musse Kassa's Addendum to Joint Status Report**

Defendant/Claimant Kassa has no knowledge of the status of Plaintiff/Petitioner Denver's criminal case and therefore does not join-in as to these representations. Defendant/Claimant Kassa continues to object to this Admiralty action being stayed. It should be noted that one of the basis upon which this Court granted the stay, Plaintiff/Petitioner's representations of a criminal action being resolved relatively quickly has proved to be inaccurate.

Respectfully Submitted on May 16, 2023:

<table>
<tr>
<td>

**LIMITATION PLAINTIFF
RYAN DENVER[1]**
By his counsel,

*/s/ Liam T. O'Connell*
David J. Farrell, Jr. (BBO #559847)
Liam T. O'Connell (BBO # 694477)
Kirby L. Aarsheim (BBO #678774)
**FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP**
46 Middle Street, Second Floor
Gloucester, MA  01930
(978) 744-8918 x 3
loconnell@fsofirm.com

</td>
<td>

**CLAIMANT WILFRED JULCE AS
SPECIAL PERSONAL REP.,
ESTATE OF JEANICA JULCE,**
By His Attorneys,

*/s/ Peter Chandler*
Douglas K. Sheff
B.B.O. No. 544072
Peter Chandler
BBO No. 703139
Sheff Law Offices, P.C.
The Daniel Webster Suite
10 Tremont Street
Boston, MA 02108
P. (617) 227-7000
F. (617) 227-8833
E. desheff@shefflaw.com
E. pchandler@shefflaw.com

</td>
</tr>
</table>

---

[1] Limitation Plaintiff does not join in either addendum herein. Claimants have a pending dispositive motion, ECF No. 52, and Limitation Plaintiff's position is that the Court ordered a joint status report to update the Court on the status of the Criminal Case, and nothing more. Additionally, the final sentence in Claimant Kassa's addendum is inaccurate as the record clearly shows Limitation Plaintiff did not request a discovery stay, nor has he represented to the Court that the criminal action was going to be resolved relatively quickly.

**CLAIMANT TORY GOVAN**
By Her Attorney

*/s/ Stesha A. Emmanual*
Stesha A. Emmanual
BBO No. 682293
Siobhan Tolan
BBO No. 687101
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
P. (617) 449-6511
semmanuel@mccarter.com
stolan@mccarter.com

**CLAIMANT ARTISIDE LEX**
By His Attorneys

*/s/ William B. O'Leary*
William B. O'Leary, BBO No. 378575
The O'Leary Law Firm
63 Shore Road Suite #25
Winchester, MA 01890
(781) 789-3997
(781) 729-5620 Fax
bill@tuglaw.com

*/s/ Dennis Phillips*
Dennis Phillips
BBO No. 398320
63 Shore Road Suite #23
Winchester, MA 01890
(781) 789-3997
Dppesq1@comcast.ne

**CLAIMANT AND DEFENDANT-IN-COUNTERCLAIM**
**UNITED STATES OF AMERICA**
By its Attorneys,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

**CLAIMANT MARZOUK ONIFADE**
By His Attorneys

*/s/ Roger J. Donahue*
Roger J. Donahue, BBO No. 129100
Robert B. Norton, BBO No. 550492
GIARRUSSO, NORTON, COOLEY &
McGLONE, P.C.
Marina Bay, 308 Victory Road
Quincy, MA 02171
(617) 770-2900
(617) 773-6934 fax
rdonahue@gncm.net
rnorton@gncm.net

**CLAIMANT MUSSE KASSA**
By His attorneys,

*/s/ Carolyn M. Latti*
Carolyn Latti
BBO # 567394
David F. Anderson
BBO#560-994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000
clatti@lattianderson.com
danderson@lattianderson.com

**THIRD-PARTY DEFENDANT**
**LEE ROSENTHAL**
By His Attorneys,

*/s/ Kevin G. Kenneally*
Kevin G. Kenneally, BBO No. 550050
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, MA 02109-1800

RACHEAL S. ROLLINS                         (617) 963-5968
United States Attorney                Kevin.kenneally@fmglaw.com

*/s/ Jessica G. Sullivan*
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, DC 20044-4271
(202) 616-4044
(202) 616-4002 Fax
Jessica.sullivan@usdoj.gov


**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2, I served the document herein on all
attorneys of record *via* the ECF/CM system on May 16, 2023.

*Liam T. O'Connell*
Liam T. O'Connell