UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of The Complaint and Petition by RYAN DENVER as owner of the M/V MAKE IT GO AWAY, for Exoneration from or Limitation of Liability | Civil Action No. 21-11841-ADB<br><br>In Admiralty |

**LIMITATION PLAINTIFF'S MOTION PURSUANT TO FED. R. CIV. P. 59(e) TO ALTER OR AMEND ECF NO. 66 MEMORANDUM AND ORDER**

Limitation Plaintiff Ryan Denver respectfully urges this Honorable Court pursuant to Fed. R. Civ. P. 59(e) to alter or amend its Order at ECF No. 66 to lift the limitation stay allowing the claimants to file suit in state court. Lifting the current state court stay against Denver in his capacity as master destroys this Court's limitation concursus, denies Denver the full benefit of his insurance, and ultimately handicaps his right to limit his liability under the Limitation of Liability Act, 46 U.S.C. § 30501 et seq. The reasons for this motion are set forth in the accompanying brief in support.

**LR 7.1(d) REQUEST FOR ORAL ARGUMENT**

RYAN DENVER
By his counsel,

*/s/ David J. Farrell, jr*
David J. Farrell, Jr. (BBO #559847)
Liam T. O'Connell (BBO # 694477)
Kirby L. Aarsheim (BBO #678774)
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 508
Salem, MA 01970
(978) 744-8918
dfarrell@fsofirm.com
loconnell@fsofirm.com
kaarsheim@fsofirm.com

## **LR 7.1 Certification**

      I certify that I conferred with counsel about this motion pursuant to LR 7.1 by telephone on April 8, 2024 at 11:00 am EDT.

*/s/ David J. Farrell*

**Certificate of Service**
Pursuant to Local Rule 5.2, I served this motion on
all attorneys of record via the ECF/CM system
April 9, 2024.

*/s/ David J. Farrell, Jr.*