UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF RYAN DENVER AS OWNER OF M/V MAKE IT GO AWAY, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO: 21-cv-11841-ADB |

**JOINT OPPOSITION of ARISTIDE LEX, TORY GOVAN and WILFRED JULCE, SPECIAL PERS. REP, ESTATE OF JEANICA JULCE'S TO THE MOTIONS OF THE UNITED STATES AND THE LIMITATION PLAINTIFF TO ALTER OR AMEND THE COURT'S ORDER LIFTING STAY** (ECF 66)

Now come the Claimants Aristide Lex, Tory Govan, and Wilfred Julce, Spc. Pers. Rep, Estate of Jeanica Julce (collectively "Claimants") and make their Joint Opposition to the respective Motions of the United States (ECF 68) and Limitation Plaintiff (ECF 70) to Alter or Amend the Court's Order Lifting Stay (ECF 66). As grounds in support thereof, the claimants state that this Honorable Court did not commit a "manifest error of law" or any error that was plain and indisputable, and that amounts to a complete disregard of the controlling law. Rather, the Court very carefully reviewed and considered controlling law before making a reasoned determination and partially allowing claimants' motion for judgment on the pleadings.

Claimants further rely upon the authorities and argument set forth in their supporting memorandum filed herewith.

WHEREFORE, Claimants ask this Honorable Court to deny the motions of the Limitation Plaintiff and the United States and continue to allow them to proceed with their jury trials on the merits in State Court where their constitutional jury right will be protected.

ARISTIDE LEX
By His Attorneys,

*/s/ William B. O'Leary*
William B. O'Leary
Attorney at Law
BBO # 378575
The O'Leary Law Firm
63 Shore Road Suite #25
Winchester, MA 01890
(781) 729-5400
bill@tuglaw.com

*/s/Dennis Phillips*
Dennis Phillips, Esq.
BBO # 398320
63 Shore Road, Suite 23
Winchester, MA 01890
(781) 789-3997
dppesq1@comcast.net

WILFRED JULCE AS SPECIAL PERSONAL REP., ESTATE OF JEANICA JULCE
By His Attorneys,

*/s/Douglas K. Sheff*
Douglas K. Sheff
BBO # 544072

*/s/Peter Chandler*
Peter Chandler
BBO # 703139

*/s/ Benjamin H. Duggan*
Benjamin H. Duggan
BBO # 684981
Sheff & Cook, LLC
The Daniel Webster Suite
10 Tremont Street, 7th Floor
Boston, MA 02108
(617) 227-7000
dsheff@sheffandcook.com
pchandler@sheffandcook.com
bduggan@sheffandcook.com

TORY GOVAN
By Her Attorney,

/s/ *Stesha A. Emmanuel*
Stesha A. Emmanuel
BBO # 682293
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6511
semmanuel@mccarter.com

4