## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| RYAN DENVER AS OWNER OF | ) | |
| M/V MAKE IT GO AWAY, | ) | CIVIL ACTION NO. 21-11841-ADB |
| FOR EXONERATION FROM OR | ) | IN ADMIRALTY |
| LIMITATION OF LIABILITY | ) | |

## JOINT STATUS REPORT

The Parties herein submit this status report in accordance with the Court's Order dated April 1, 2024.  Discovery remains stayed in this action.  The Court has not yet ruled on Claimant and Counter Defendant United States of America's Motion for Reconsideration of ECF No. 66, *see* ECF No. 68, Limitation Plaintiff's Motion for Reconsideration of ECF No. 66 Memorandum and Order, *see* ECF No. 70.  However, since the Court issued ECF No. 66, the following has occurred:

- The Estate of Jeanica Julce, Claimant herein, has filed a Wrongful Death suit in Suffolk Superior Court against Limitation Plaintiff Ryan Denver and Third-Party Defendant Lee Rosenthal (Docket No. 2484cv00928).  Service of the complaint has recently been completed.  Responsive Pleadings have yet to be filed.

- Claimant Aristede Lex filed a personal injury claim in Suffolk Superior Court against Limitation Plaintiff Ryan Denver and Third-Party Defendant Lee Rosenthal (Docket No. 2484cv00931).  Service of the complaint has recently been completed.  Responsive Pleadings have yet to be filed.

- Claimant Tory Govan filed a personal injury claim in Suffolk Superior Court against Limitation Plaintiff Ryan Denver (Docket No. 2484cv01485).  Service of the complaint has recently been completed.  A Responsive Pleading has yet to be filed.

*Commonwealth v. Ryan Denver*, Suffolk Superior Court Docket No. 2184cr00670 remains open, and Trial has been scheduled for February of 2025.  The next scheduled court appearance is a hearing on Mr. Denver's and the Commonwealth's motions in limine, scheduled for September 10, 2024.

Respectfully Submitted on July 1, 2024:

**LIMITATION PLAINTIFF**
**RYAN DENVER**
By his Attorneys,


*/s/ Liam T. O'Connell*
David J. Farrell, Jr., BBO #559847
Liam T. O'Connell, BBO #694477
Kirby L. Aarsheim, BBO #678774
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 508
Salem, MA 01970
(978) 774-8918, x203
loconnell@fsofirm.com


**CLAIMANT WILFRED JULCE AS**
**SPECIAL PERSONAL REP.,**
**ESTATE OF JEANICA JULCE,**
By his Attorneys,


*/s/ Benjamin H. Duggan*
Douglas K. Sheff, BBO #544072
Benjamin H. Duggan, BBO #684981
Peter Chandler, BBO #703139
SHEFF & COOK, LLC
10 Tremont St., 7th Floor
Boston, MA 02108
(617) 227-7000
dsheff@sheffandcook.com
bduggan@sheffandcook.com
pchandler@sheffandcook.com


**CLAIMANT TORY GOVAN**

By her Attorneys:

*/s/ Stesha Emmanuel*
Stesha A. Emmanuel, BBO #682293
Siobhan Tolan, BBO #687101
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110
(617) 449-6511
semmanuel@mccarter.com
stolan@mccarter.com


**CLAIMANT MARZOUK ONIFADE**

By his Attorneys:

*/s/ Robert Norton*
Roger J. Donahue, BBO #129100
Robert W. Norton, BBO #550492
GIARRUSSO, NORTON, COOLEY, &
McGLONE, P.C.
Marina Bay, 308 Victory Road
Quincy, MA 02171
(617) 770-2900
rdonahue@gncm.net
rnorton@gncm.net


**CLAIMANT ARTISIDE LEX**
By his Attorneys:

*/s/ William O'Leary*
William B. O'Leary, BBO #378575
The O'Leary Law Firm
63 Shore Road, Suite #25
Winchester, MA 01890
(781) 789-3997
bill@tuglaw.com


**CLAIMANT MUSSE KASSA**
By his Attorneys:

*/s/ David Anderson*
Carolyn Latti, BBO #567394
David F. Anderson, BBO #560994
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

*/s/ Dennis Phillips*
Dennis Phillips, BBO #398320
63 Shore Road, Suite #23
Winchester, MA 01890
(781) 789-3997
Dppesq1@comcast.net

clatti@lattianderson.com
danderson@lattianderson.com

**CLAIMANT AND DEFENDANT-IN
COUNTERCLAIM
UNITED STATES OF AMERICA**
By its Attorneys,

**THIRD-PARTY DEFENDANT
LEE ROSENTHAL**
By his Attorneys:

*/s/ Jessica Sullivan*
Jessica G. Sullivan
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, DC 20044-4271
(202) 616-4044
Jessica.sullivan@usdoj.gov

*/s/ Kevin G. Kenneally*
Kevin G. Kenneally, BBO #550050
Freeman Mathis & Gary, LLP
60 State Street, Suite 600
Boston, MA 02109-1800
(617) 963-5968
kevin.kenneally@fmglaw.com

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I served the document herein on all attorneys of record via the ECF/CM system on July 1, 2024.

*/s/ Liam T. O'Connell*
Liam T. O'Connell