# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN THE MATTER OF RYAN DENVER | : | IN ADMIRALTY |
| AS OWNER OF M/V MAKE IT GO AWAY, | : | |
| FOR EXONERATION FROM OR | : | 1:21-cv-11841-ADB |
| LIMITATION OF LIABILITY | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Steven Jarreau, Trial Attorney, Civil Division, United States Department of Justice, in accordance with L.R., D. Mass. 83.5.2 and 83.5.3(c), enters his appearance as co-counsel representing the United States of America.

J. Steven Jarreau
D.C. Bar No. 414135
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, N.E., 11th Floor
Washington, D.C. 20002
steven.jarreau@usdoj.gov
Office: (202) 616-4284
Cell: (202) 271-7905
Fax: (202) 616-4002

March 31, 2025

                                              Respectfully submitted,

                                              YAAKOV M. ROTH
                                              Acting Assistant Attorney General,
                                              Civil Division
                                              U.S. Department of Justice

                                              LEAH B. FOLEY
                                              United States Attorney
                                              District of Massachusetts

JOSEPH JARREAU
Digitally signed by JOSEPH JARREAU
Date: 2025.03.31 09:57:23 -04'00'

J. STEVEN JARREAU
Trial Attorney, Aviation Space &
Admiralty Litigation, Civil Division
U.S. Department of Justice
Office: (202) 616-4284
Fax: (202) 616-4002
steven.jarreau@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was electronically transmitted on March 31, 2025, to the following CM/ECF registrants:

| | | |
|---|---|---|
| David J. Farrell, Jr.<br>Farrell Smith O'Connell LLP<br>2355 Main Street<br>PO Box 186<br>S. Chatham, MA 02659<br>(508) 432-2121<br>dfarrell@fsofirm.com | John B. DiSciullo<br>Mitchell & DeSimone<br>6 Beacon Street<br>Suite 900<br>Boston, MA 02108<br>(617) 737-8300<br>jdisciullo@mitchelldesimone.com | Liam O'Connell<br>Farrell Smith O'Connell LLP<br>46 Middle Street<br>2nd Floor<br>Gloucester, MA 01930<br>(978) 309-9243<br>loconnell@fsofirm.com |
| Kirby L. Aarsheim<br>Farrell Smith O'Connell LLP<br>27 Congress Street<br>Suite 109<br>Salem, MA 01970<br>(978) 744-8918<br>kaarsheim@fsofirm.com | William B. O'Leary<br>The O'Leary Law Firm<br>Suite 25<br>63 Shore Road<br>Winchester, MA 01890<br>(781) 729-5620<br>bill@tuglaw.net | Benjamin H. Duggan<br>Sheff & Cook, LLC<br>10 Tremont Street<br>7th Floor<br>The Daniel Webster Suite<br>Boston, MA 02108<br>(617) 720-8447<br>bduggan@sheffandcook.com |

2

Kathy J Cook
Sheff & Cook, LLC
10 Tremont Street
7th Floor
The Daniel Webster Suite
Boston, MA 02108
(617) 549-5237
kjcook@sheffandcook.com

Peter R. Chandler
Sheff Law Offices
10 Tremont Street
7th Floor
Boston, MA 02108
(617) 227-7000
pchandler@shefflaw.com

Michael P. Holden
Law Office of Michael P. Holden
335 Washington Street
Norwell, MA 02061
(781) 659-0200
mholden@mholdenlaw.com

Siobhan M. Tolan
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 535-6287
stolan@mccarter.com

Catherine Mohan
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(860) 275-7613
cmohan@mccarter.com

Robert W. Norton
Giarrusso, Norton, Cooley & McGlone, PC
308 Victory Road
Marina Bay
North Quincy, MA 02171
(617) 770-2900
rnorton@gncm.net

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
Phone: (617) 523-1000
Fax: (617) 523-7394
danderson@lattianderson.com

Carolyn M. Latti
Latti & Associates LLC
30-31 Union Wharf
Boston, MA 02109
Phone: (617) 523-1000
Fax: (617) 523-7394
clatti@lattiassociates.com

Kevin G. Kenneally
Freeman Mathis & Gary, LLP
60 State Street,
6th Floor
Boston, MA 02109
(617) 963-9680
kkenneally@fmglaw.com

Paul G. Boylan
Freeman Mathis & Gary, LLP
60 State Street,
6th Floor
Boston, MA 02109
(617) 963-5972
pboylan@fmglaw.com

Sean P Kelly
Freeman Mathis & Gary, LLP
60 State Street
6th Floor
Boston, MA 02109
(617) 807-8954
sean.kelly@fmglaw.com

Warren D. Hutchison
Freeman Mathis & Gary, LLP
60 State Street
6th Floor
Boston, MA 02109
(617) 963-5967
whutchison@fmglaw.com

JOSEPH JARREAU
Digitally signed by JOSEPH JARREAU
Date: 2025.03.31 09:57:57 -04'00'

J. STEVEN JARREAU
Trial Attorney
Aviation, Space & Admiralty
Litigation, Civil Division
United States Department of Justice