## THE UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

_____
                                                    )
In Re:                                              )
The Petition of **RYAN DENVER**, as            )
owner of the **M/V MAKE IT GO AWAY**   )        Civ. Act. No. : 21-cv-11841-ADB
for Exoneration and/or Limitation of           )
Liability                                           )        **In Admiralty**
                                                    )
_____)


### PARTIALLY ASSENTED TO: MOTION TO LIFT STAY


Now Comes the Claimant, Musse Kassa, and with the assent of the Petitioner, Ryan Denver, and Claimant, Artiside Lex, respectfully requests that this Honorable Court enter an Order lifting the stay of this Admiralty Action entered by the Court on February 2, 2023.  [Doc. #44].

As grounds thereof, Claimant Kassa states, that this Court stayed this action on the basis that the Petitioner, Denver, had criminal charges arising from the same marine casualty that is the subjection of this Admiralty Action.  These criminal charges against the Petitioner, which served as the basis for the stay have been resolved.  Claimant's Kassa, Claimant Lex and perhaps other parties to this action would like to proceed to trial on Petitioner's entitlement to exoneration and entitlement to limitation in this four year old Admiralty Action, and to that end, request that this Court lift the stay in this matter.


WHEREFORE, Claimant Kassa Respectfully requests that this Honorable Court lift the stay of this action, Ordered by the Court on February 2, 2023 [Doc. #44].

1

Respectfully submitted for the
the Claimant/Defendant, MUSSE KASSA
by his attorney,


/s/ David F. Anderson
David F. Anderson
Carolyn Latti
Latti Associates LLC
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000
DAnderson@lattiassociates.com

Dated: July 2, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that on the above date, I electronically filed the above document with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to all counsel of record in the above captioned matter.


/s/ David F. Anderson
David F. Anderson

**Certificate of Conference**

      I David F. Anderson, Counsel for the Claimant Musse Kassa, hereby certify that I sought assent to this Motion from counsel of record of all parties to this Admiralty Action.  Counsel for Petitioner Denver, and Counsel for the Claimant Lex assent the above Motion.


/s/ David F. Anderson
David F. Anderson