THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: | ) | |
| The Petition of **RYAN DENVER**, as | ) | |
| owner of the **M/V MAKE IT GO AWAY** | ) | Civ. Act. No. : 21-cv-11841-ADB |
| for Exoneration and/or Limitation of | ) | |
| Liability | ) | **In Admiralty** |
| | ) | |

### PARTIALLY ASSENTED TO: MOTION TO HOLD SCHEDULING CONFERENCE

Now Comes the Claimant, Musse Kassa, and with the assent of the Petitioner, Ryan Denver, and Claimant, Artiside Lex, respectfully requests that this Honorable Court hold a scheduling conference in the above Admiralty Action.

As grounds thereof, Claimant Kassa states, that this Court stayed this action on the basis that the Petitioner, Denver, had criminal charges arising from the same marine casualty that is the subjection of this Admiralty Action. These criminal charges against the Petitioner, which served as the basis for the stay have been resolved. Claimant's Kassa, Claimant Lex and perhaps other parties to this action, would like to proceed to trial on Petitioner's entitlement to exoneration and entitlement to limitation in this four year old Admiralty Action, and to that end, request that this Court enter an Order relating to the scheduling of pre-trial discovery and motions in this matter. It should be noted that all parties to this Admiralty Action are also parties to one or more of the Civil Actions 91:25-cv-11135-ADB, 1:25-cv-11136-ADB, 1:25-cv-11137-ADB, 1:25-cv-11138-ADB, 1:25-cv-11146-ADB(KF) which will be before the Court on Tuesday July 8, 2025 at 10:00 am.

WHEREFORE, Claimant Kassa Respectfully requests that this Honorable Court hold a scheduling Conference in this matter.

                    Respectfully submitted for the
                    the Claimant/Defendant, MUSSE KASSA
                    by his attorney,

                    /s/ David F. Anderson
                    David F. Anderson
                    Carolyn Latti
                    Latti Associates LLC
                    30-31 Union Wharf
                    Boston, MA 02109
                    (617) 523-1000
                    DAnderson@lattiassociates.com

Dated: July 2, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, I electronically filed the above document with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to all counsel of record in the above captioned matter.

                    /s/  David F. Anderson
                    David F. Anderson

## Certificate of Conference

I David F. Anderson, Counsel for the Claimant Musse Kassa, hereby certify that I sought assent to this Motion from counsel of record of all parties to this Admiralty Action. Counsel for Petitioner Denver, and Counsel for the Claimant Lex assent to the relief requested in the above Motion.

                    /s/  David F. Anderson
                    David F. Anderson