**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN THE MATTER OF RYAN DENVER AS OWNER OF M/V MAKE IT GO AWAY, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. 1:21-cv-11841-ADB<br><br>IN ADMIRALTY |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly docket the withdrawal of appearance of Warren D. Hutchison as counsel of record for Third-Party Defendant Lee Rosenthal in the above-captioned action. Attorneys Kevin G. Kenneally, Michael Brown and Josette Brooksbank of Freeman Mathis & Gary LLP and Seth S. Holbrook of Holbrook and Murphy continue to represent Mr. Rosenthal in this matter.

Respectfully submitted,

Third-Party Defendant,
Lee Rosenthal,
By his attorneys,

*/s/ Warren D. Hutchison*
_____
Warren D. Hutchison, BBO #246150
Freeman Mathis and Gary LLP
One Boston Place
201 Washington Street, Suite 2200
Boston, MA  02108
Warren.Hutchison@fmglaw.com
T: (617) 963-5975
F: (833) 226-4728

Dated: February 13, 2026

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.2, I served the foregoing on all attorneys of record via the

CM/ECF system on February 13, 2026.


*/s/ Warren D. Hutchison*
Warren D. Hutchison